# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES T. DUFFY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV126 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CENTRAL STATES SOUTHEAST AND | ) | |
| SOUTHWEST AREAS PENSION FUND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation to Allow Defendant an Additional Ninety Days to Answer or Otherwise Plead (Filing No. 4).  The parties have stipulated to an extension of ninety days, until August 23, 2005, to respond to the plaintiff's complaint to allow time for the plaintiff to exhaust administrative remedies.  Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation to Allow Defendant an Additional Ninety Days to Answer or Otherwise Plead (Filing No. 4) is granted.

2. The defendant shall have to **on or before August 23, 2005**, to answer or otherwise respond to the plaintiff's complaint.

DATED this 5th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge