# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES T. DUFFY, | ) | |
| | ) | 8:05CV126 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a planning conference with counsel on September 8, 2005. Participating for the plaintiff was Robert E. O'Connor, Jr. Participating for the defendant were Francis J. Carey and Mike Weinberg. The parties agreed that this matter could be resolved upon cross-motions for summary judgment. Accordingly,

**IT IS ORDERED:**

1. The parties shall file their motions for summary judgment **on or before December 15, 2005**.

2. Responses to the cross-motions for summary judgment shall be filed **on or before January 20, 2006**.

3. Any replies to the responses shall be filed **on or before February 3, 2006**.

4. Should this case not be resolved by the disposition of any motion for summary judgment, the undersigned magistrate judge shall hold a scheduling telephone conference with counsel within ten (10) days after there is a ruling on the cross-motions for summary judgment. Counsel for the plaintiff shall schedule and initiate such telephone conference if required.

DATED this 9th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge