IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES T. DUFFY, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: 8:05CV126 |
| v. | ) ) ) |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter coming before the Court upon the stipulation of the Plaintiff, James T. Duffy, by and through his attorney, and the Defendant, Central States, Southeast and Southwest Areas Pension Fund, by and through its attorney, that all matters in controversy between the parties have been settled and that the parties request that this case be dismissed with prejudice, without the award of fees or costs in favor of either party,

**IT IS HEREBY ORDERED**, this case is now dismissed with prejudice, without the award of fees or costs in favor of either party.

Entered this  22  day of  DEC , 2005.

_____
Honorable Chief Judge Joseph F. Bataillon
United States District Judge

F:161323 / 05810006 / 12/21/05